UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES MERAZ-ESPINOZA,<br>　　　　　Plaintiff,<br>　　v.<br>H. SANTOYO, et al.,<br>　　　　　Defendants. | Case No. 23-cv-05947-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Moises Meraz-Espinoza has not complied with my instructions to file an amended complaint by April 8, 2024. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with my instructions and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Meraz-Espinoza may move to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) contain an amended complaint that complies with the instructions in the order dismissing the complaint with leave to amend.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** April 24, 2024


WILLIAM H. ORRICK
United States District Judge